UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 8:08-cr-271-T-27TGW

DIOGENES BALBUENA,

      Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

THIS CAUSE is before the Court on the government's motion for entry of an order declaring a forfeiture of the bond posted in this action pursuant to Fed.R.Crim.P. 46(f) and the terms of the Defendant Balbuena's Order of Release (doc. 50). The government states that on or about August 27, 2008, the Defendant Balbuena was released on a $50,000 personal surety bond, secured by a deposit of $18,000 in U.S. currency made into the registry of the court. The bond, recognizing the joint and several liability of all co-signers, was executed by the Defendant and Renata Salom. The Defendant Balbuena failed to appear for his scheduled plea hearing on October 8, 2008, and is now a fugitive. After consideration, it appears that the Defendant Balbuena, by violating the conditions of his release, has breached conditions of his bond. Accordingly, it is hereby

RECOMMENDED:

1. The government's motion for entry of an order declaring a forfeiture of bond (doc. 50)

---

[1] At least one circuit has held that a forfeiture ordered by a magistrate judge is valid if adopted by the district court. *See United States v. Plechner*, 577 F.2d 596, 698 (9th Cir. 1978) citing *United States v. Ritte,* 558 F.2d 926 (9th Cir. 1977). Given that the Eleventh Circuit has not addressed the issue of a magistrate judge's authority to declare a bond forfeited, a report and recommendation is being issued instead of an order.

be GRANTED.

2.  Diogenes Balbuena and Renata Salon be held jointly and severally liable to the United States for the total amount of the bond, to wit: $50,000 less the $18,000 deposited with the Court, as well as any accrued interest be immediately due and payable and declared forfeited.

3.  The sum of $18,000 be immediately forfeited to the United States.

IT IS SO REPORTED at Tampa, Florida, on December 17, 2008.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE TO PARTIES</u>**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).

cc:     Honorable James D. Whittemore
        Counsel of record
        Renata Salom, surety for Defendant Balbuena