UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:08-CR-271-T-27TGW

DIOGENES BALBUENA
_____/

## ORDER

**BEFORE THE COURT** is the Government's Motion for Declaration of Forfeiture Bond (Dkt. 127) and the Magistrate Judge's Report and Recommendation recommending that the motion be granted. (Dkt. 131). After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 131) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Government's Motion for Declaration of Forfeiture Bond (Dkt. 127) is GRANTED as set forth in the R&R.

**DONE AND ORDERED** in chambers this 12th day of January, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Renata Salom, surety for Defendant Balbuena